226 So.2d 525

## NATIONAL AMERICAN BANK OF NEW ORLEANS

v.

### Bessie R. WASHINGTON and L. Burnett Quick.

No. 49973.

Oct. 1, 1969.

In re: Mrs. Bessie R. Washington applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 223 So.2d 502.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

226 So.2d 526

### Margaret DAVIS and Marlene Smith

v.

### Orest PENA.

No. 49977.

Oct. 1, 1969.

In re: Margaret Davis and Marlene Smith applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 222 So.2d 595.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.